# EXHIBIT A

Rental:___ Housing:___

# YEAR LEASE AGREEMENT

**1. IDENTIFICATION OF LANDLORD AND TENANT.** This Agreement is entered into between __CASTLE RIDGE BUILDERS__, hereinafter referred to as "Landlord," and __DIAMOND JONES__, hereinafter referred to as "Tenant," this __03__ day of __NOVEMBER__, 20__18__. Each Tenant is jointly and severally liable for the payment of rent and performance of all other terms of this Agreement.

**2. PREMISES.** Subject to the terms and conditions in this Agreement, Landlord agrees to rent to Tenant and Tenant agrees to rent from Landlord, in its present condition, and for residential purposes only, the premises located at __4220 GREENBRIER RICHTON PARK IL 60471__ ("the premises"), together with the following furnishings and/or appliances: __REFRIGERATOR, STOVE__. Rental of the premises also includes: _____.

**3. TERM OF THE TENANCY.** The term of the rental will begin on __12-01-18__ and end on __11-30-19__.

**4. PAYMENT OF RENT.** Tenant agrees to pay rent in the amount of $__1100.00__ per month, each payment is due on the __1st__ day of each month with a 4 day grace period to the 5th of each month, and will be delinquent on the next day. The rent will be paid to __CASTLE RIDGE BUILDERS__ at: __3812 SAUK TRAIL UNIT B RICHTON PARK IL 60471__ or at any other location specified by Landlord in writing to Tenant.

**5. RENT PRORATION.** If the term commences on a day other than the first day of a calendar month, Tenant will pay to Landlord the full month rent to move in, and on the second month of tenancy a prorated monthly rent will be calculated for the previous month move in date. .

**6. LATE RENT.** In the event that any rental payment, or portion thereof, required to be paid by the Tenant is <u>not in our</u> **possession** by the end of the grace period which is the 5th day of the month, Tenant will pay to Landlord, in addition to such rental payment, a late fee of $ __$50.00__. In addition to the late fee, an Eviction Notice will be served. At which time you have 5 days to pay your balance in **full**, or you will have to move. On the 12th of the month, we will not accept any further payments, and you will be evicted.

**7. RETURNED CHECK AND OTHER BANK CHARGES.** If any check given by Tenant to Landlord in payment of rent or any other amount due under this Agreement is returned for insufficient funds, a "stop payment" or any other reason, Tenant will pay Landlord a returned check charge of $__$75.00__.

1

Rental:____ Housing:____

**8. SECURITY DEPOSIT.** On signing this Agreement, Tenant will pay to Landlord the sum of $ _1,100.00_ as a security deposit. This security deposit will be held as security for the repair of any damages to the residence by Tenant. This deposit will be returned to Tenant within __30 days____ after Tenant has vacated the premises, returned keys and provided Landlord with a forwarding address, minus any amounts needed to repair the residence. At anytime after the signing of this lease, if the Tenant does not want to move into the said property, the Landlord has the right to keep the Security Deposit.

**9. UTILITIES.** Tenant will pay all utility charges, except for the following, which will be paid by Landlord: _____NONE_____. Tenant shall hold Landlord harmless from all cost or expenses resulting from Tenant's failure to pay any utility bills.

**10. OCCUPANTS.** Regular occupants of the premises will be restricted to those parties who have signed this Agreement and the following named individuals:
_Devion Bell, Kior Heath_____.
_____.
_____.
The stay of any other person will not exceed ___2 days_____ without written authorization of Landlord or Landlord's agent. Tenant will pay additional rent for the period of stay of any authorized occupant at the rate of $__100.00____ per month and acceptance of such payment by Landlord will not waive any requirement of this Agreement.

**11. ASSIGNMENT AND SUBLETTING.** Tenant will not sublet any part of the premises or assign this Agreement without the prior written consent of Landlord.

**12. CONDITION OF PREMISES.** Tenant has examined the premises, including appliances, fixtures, carpets, blinds and paint, and has found them to be in good, safe and clean condition and repair.

**13. TENANT'S MAINTENANCE RESPONSIBILITIES.** Tenant agrees to maintain the residence in a clean and sanitary manner and, upon termination of the tenancy, return the premises to Landlord in a condition **identical** to that which existed when Tenant took occupancy, except any additions or alterations authorized by Landlord. Tenant also agrees to immediately notify Landlord of any defects or dangerous conditions in and about the premises of which Tenant becomes aware, and to reimburse Landlord, on demand by Landlord, for the cost of any repairs to the premises damaged by Tenant or Tenant's guests or invitees through misuse, accident or neglect.

**14. REPAIRS AND ALTERATIONS BY TENANT.**
a) Except as provided by law, or as authorized by the prior written consent of Landlord, Tenant will not make any repairs or alterations in or about the premises, including, but not limited to, painting, wallpapering, installing antenna or satellite dishes, placing signs, displays or other exhibits, or using screws, fastening devices, large nails or adhesive materials.
b) Tenant will not, without Landlord's prior written consent, alter, re-key or install any locks to the premises or install or alter any burglar alarm system. Tenant will provide Landlord with a key or keys capable of unlocking all such re-keyed or new locks as well as instructions on how to disarm any altered or new burglar alarm system.

Rental:____ Housing:____

**15. SMOKE DETECTOR.** The premises are equipped with the proper amount of smoke detector(s). Tenant acknowledges that the smoke detector(s) have been tested and that the smoke detector(s) are working properly; Tenant agrees to inspect and test the smoke detector(s) monthly or as needed; to replace the batteries as needed; to notify Landlord promptly in writing of any smoke detector defects or malfunctions; and to not remove, dismantle or otherwise render the smoke detector(s) inoperable.

Tenant Initials: DJ

**16. PETS.** Tenant will keep no domestic or other animals on the premises, even temporarily, and only under the following conditions: None

**17. LIQUID FURNITURE.** No liquid furniture of any kind, including, but not limited to waterbeds, is allowed on the premises without the prior written consent of Landlord.

**18. HAZARDOUS MATERIALS.** Tenant will not keep on the premises any item of a dangerous, flammable or explosive character that might unreasonably increase the danger of fire or explosion on the premises or that might be considered hazardous or extra hazardous by any responsible insurance company.

**19. LANDLORD'S RIGHT TO ACCESS.** Landlord has the right of emergency access to the leased premises at any time and access during reasonable hours to inspect the property, to make repairs or improvements or to show property to a prospective Tenant or buyer. Except in cases of emergency, Landlord will give Tenant 1 day or less notice before entering.

**20. ABANDONMENT.** If at any time during the term of this Agreement, Tenant abandons the premises or any part thereof, Landlord will have the following rights: Landlord may, at Landlord's option, enter the premises by any means with all liability on the Tenant for any damages. The Landlord has the right to hold the Tenant liable for rent due for the length of the unexpired term. The Landlord may also dispose of any of belongings or personal property as Landlord deems appropriate, without liability to Tenant. Landlord is entitled to presume that the Tenant has abandoned the premises if Tenant removes substantially all of Tenant's furnishings from the premises, if the premises are unoccupied without notice to Landlord for a period of seven days, or if it would otherwise be reasonable for Landlord to presume under the circumstances that Tenant has abandoned the premises, the Landlord has the right to take possession of the property.

**21. EXTENDED ABSENCES BY TENANT.** Tenant agrees to notify Landlord in advance if Tenant will be away from the premises for more than ___6___ consecutive days. During such absence, Landlord may enter the premises at times reasonably necessary to maintain the property and inspect for damages and needed repairs.

**22. POSSESSION OF THE PREMISES.**
a) If, after signing this Agreement, Tenant fails to take possession of the premises, Tenant will still be responsible for paying rent and complying with all other terms of this Agreement.
b) If Landlord is unable to deliver possession of the premises to Tenant for any reason not within Landlord's control, including but not limited to partial or complete destruction of the premises, Tenant will have the right to terminate this Agreement upon proper notice

3

Rental:\_\_\_ Housing:\_\_\_

as required by law. In such event, Landlord's liability to Tenant will be limited to the return of all sums previously paid by Tenant to Landlord.

**23. RULES AND REGULATIONS / CRIME FREE ADDENDUM:** Tenant agrees to comply with all rules and regulations of this agreement, the Rules and Regulations packet and the crime free lease addendum provided at the time of lease signing, and at any time posted on the premises and/or delivered to Tenant. Tenant will not, and will ensure that Tenant's guests and invitees will not: disturb, annoy, endanger, or interfere with other tenants of the building or neighbors; use the premises for any unlawful purposes, including, but not limited to using, manufacturing, selling, storing or transporting illicit drugs or other contraband; violate any law or ordinance; commit waste (severe property damage); or be a nuisance on or about the premises.

**24. DISCLOSURES.** Tenant acknowledges that Landlord has made the following disclosures regarding the premises:

N/A

**25. INSURANCE.** Tenant acknowledges that Landlord will not provide insurance coverage for Tenant's property, nor will Landlord be responsible for any loss of Tenant's property, whether by theft, fire, riots, acts of God, or otherwise. Tenant is advised to purchase Tenant's own insurance (Renter's Insurance) to cover any such losses.

**26. GROUNDS FOR TERMINATION OF TENANCY.** The failure of Tenant or Tenant's guests or invitees to comply with any term of this Agreement, or the misrepresentation of any material fact on Tenant's Rental Application, are grounds for termination of the tenancy, with appropriate notice to Tenant and procedures as required by law.

**27. AUTHORITY TO RECEIVE LEGAL PAPERS.** Landlord, any person managing the premises, and anyone designated by Landlord are authorized to accept service of process and receive other notices and demands, which may be delivered to:
[ X ] Landlord, at the following address:
   PoBox 91, Frankfort, IL 60423        .
[   ] the manager, at the following address:

[   ] the following person, at the following address:

**28. PAYMENT OF COURT COSTS AND ATTORNEY FEES IN A LAWSUIT.** In any action or legal proceeding to enforce any part of this Agreement, THE TENANT shall be responsible for all attorney fees and court costs.

**29. ADDITIONAL PROVISIONS.** The following are additional provisions of this Agreement:        Lease Term Becomes Month to Month
                Agreement after the first year

4

Rental:___ Housing:___

**30. VALIDITY OF EACH PART.** If any part of this Agreement is determined to be invalid or unenforceable pursuant to applicable law then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the Agreement shall continue in effect.

**31. GOVERNING LAW.** It is agreed that this Agreement will be governed by, construed and enforced in accordance with the laws of the State of Illinois.

**32. ENTIRE AGREEMENT.** This document and any Attachments constitute the entire Agreement between the parties. Any prior understanding or representation of any kind preceding the date of this Agreement is hereby superseded. Any modification to this Agreement must be in writing signed by Landlord and Tenant.

_Michelle Rucker_  
Landlord / Agent's signature        Date: 11-3-18

MICHELLE RUCKER  
Printed name

Property Manager  
Title

3812 Sauk Trail unit B Richton Park  
Address

708-821-8126  
Phone

_[signature]_  
Tenant signature (s)        Date: 11-3-18

Diamond Jones  
Printed name (s)

**Tenant Contact #:** (708) 495-1130

Secondary Contact: Martell Jones  
Secondary Contact #: (708) 600-8552

Emergency Contact: Debrasha Smith  
Emergency Contact #: (414) 949-0967

5

## CRIME FREE HOUSING LEASE ADDENDUM

In consideration for the execution or renewal of a lease of the dwelling unit identified in the lease, Manager or Owner and Tenant agree as follows:

Tenant, any member(s) of the tenant's household, a guest or any other person affiliated with the resident, at or near the tenant premises:

1. Shall not engage in any act intended to facilitate criminal activity.

2. Will not permit the dwelling unit to be used for, or to facilitate criminal activity, including but not limited to, violent criminal activity or drug related criminal activity.

3. "Violent criminal activity" means any criminal activity that has as one of its elements the use, attempted use, or threatened use of physical force against the person or property of another.

4. "Drug related activity" means the illegal manufacture, sale distribution, or use or possession with intent to manufacture, sell, distribute, or use controlled substance.

5. One or more violations of this lease addendum constitute a substantial violation of the lease and a material noncompliance with the lease. Any such violation is grounds for termination of tenancy and eviction from the unit.

6. Proof of violation shall be a preponderance of the evidence, unless otherwise provided by law.

7. In case of any conflict between the provisions of this lease addendum and any other provisions of the lease, the provisions of this lease addendum shall govern.

8. This lease addendum is incorporated into the lease between the landlord and the tenant.

_____
Resident Signature

_____
Owner/Property Manager's Signature

Diamond Jones
Printed Name

Michelle Rucker
Printed Name

11-3-18
Date

4220 Greenbrier Richton Park Il 60471
Address/Name of Property