# EXHIBIT B



**Village of Richton Park**

**Demitrous C. Cook**
*Chief of Police*

dcook@richtonpark.org

4455 Sauk Trail
Richton Park, IL 60471
708.283.6393 ext.219-direct
708.481.8956 - alternate
708.821.3520 - cell
708.748.6133 - fax
richtonpark.org

