# EXHIBIT C

**Village of Richton Park**
Department of Police

OFF. Bowen

708.283.6393 ext. ___

4455 Sauk Trail
Richton Park, IL 60471
708.747.5729 - fax
richtonpark.org

