# EXHIBIT D






<mark>Case: 1:23-cv-15802 Document #: 1-4 Filed: 11/08/23 Page 4 of 7 PageID #:44</mark>





