# EXHIBIT E



# NOTICE OF TERMINATION

You are hereby notified that tenancy or lease of the premises situated in County of __COOK_____, State of Illinois and known as and described as follows to wit: _____ __4220 Greenbrier Richton Park IL 60471_____ together with all buildings, storage areas, parking spaces, garages and recreational spaces used in conjunction with said premises, will be terminated as follows:

Terms of your lease for said premises are terminated for the following reasons:

**VIOLATION OF CRIME FREE ADDENDUM**

NOW, THEREFORE, in consequence of your violation of the lease, you are notified that unless the described violation is cured by you within **10 days** of the service of this notice upon you, your tenancy will be terminated and you will be required to quit and deliver up possession of said premises to the undersigned, after the expiration of said 10-day period.

TO: ___Diamond Jones___
& ALL UNKNOWN OCCUPANTS___

___CASTLE RIDGE BUILDERS___

Owner
___RUSS___ _[signature]_
Agent

Dated this __5__ day of __July__ 2022