# EXHIBIT F

## Record List - Total: 11    4220 Greenbrier

| Incident | Nature | Area | Agency | Reported | Disposition | Complainant |
|---|---|---|---|---|---|---|
| 22RP05325 | Shots Fired | R1-22 | RPPD | 20:10:31 06/27/22 | 02 | SMITH, DEBRASHA L |
| 22RP05258 | Threats | R1-22 | RPPD | 19:56:37 06/25/22 | INF | |
| 22RP01893 | Theft | R1-22 | RPPD | 17:02:03 03/07/22 | 09 | VILLAGE OF RICHTON PARK, |
| 21RP10936 | 911 Open Line | R1-22 | RPPD | 21:12:05 12/14/21 | NFR | |
| 21RP10362 | 911 Open Line | R1-22 | RPPD | 23:37:01 11/24/21 | NFR | |
| 21RP00470 | 911 Misdial | R1-22 | RPPD | 19:36:47 01/16/21 | NFR | |
| 20RP10093 | Lockout | R1-22 | RPPD | 23:17:11 11/14/20 | NFR | |
| 20RP04300 | Noise Complaint | R1-22 | RPPD | 00:20:59 05/26/20 | NFR | |
| 20RP03248 | Animal Complain | R1-22 | RPPD | 18:46:43 04/16/20 | NFR | |
| 20RP03245 | SICK | R1-22 | RPPD | 16:55:00 04/16/20 | NFR | |
| 19RP02038 | Check Well Bein | R1-22 | RPPD | 09:00:46 02/28/19 | NFR | |