# EXHIBIT G

**Jaidon Nance**

| | |
|---|---|
| **From:** | Diamond Jones <jonesbrandidiamon@gmail.com> |
| **Sent:** | Monday, July 11, 2022 8:47 PM |
| **To:** | rstockstell@richtonpark.org |
| **Subject:** | [External Sender] PLEASE HELP DIAMOND JONES |

Hi my name is Diamond Jones I currently reside at 4220 Greenbrier ln on Friday June 24th while I work my mother take care of my children and that day my mother witness a crime a guy was shot 2 houses down from my home and she complied with police & made a statement and identified suspect. Sat June 25th my mother called police about some loud music going on outside my home it was some guys saying our address is online and we was told to keep quiet or they was going to shoot up my home. Monday June 27th my home was shot up. July 5th I was served a 10 day eviction. I've been living here 4yrs never so much of even received a noise complaint. Never needed surveillance or anything. This is the home that I'm raising my children In. Im an active member in the community I started a non profit organization for the local food panty for bag donations for families in need. My landlord knows that I am an amazing tenant and does not agree with police request but does not want to be penalized for not complying to crime free addendum.
I just need answers to why I'm being victimized for being a victim? Why am I being discriminated against? Why exactly am I being evicted from my home? This is the first home I ever had I'll never be able to rent again with a eviction and I did absolutely nothing wrong. My family and I are victims.
PLEASE HELP

(708)495-1130


----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:
https://us1.proofpointessentials.com/index01.php?mod_id &mod_option