# EXHIBIT H

# Demitrous Cook

**From:** Demitrous Cook
**Sent:** Wednesday, June 29, 2022 10:18 AM
**To:** Trustee Valerie Babka
**Subject:** Re: shooting

I have spoken with the Landlord about 4220 & 4230 Greenbrier. I am still evaluating if 4220 has been in violation. 4230 has numerous violations. I have attempted to contact you via phone several times with no response. If phone does not work for you, please let me know.

Sent from my iPhone

> On Jun 28, 2022, at 12:45 PM, Trustee Valerie Babka <VBabka@richtonpark.org> wrote:
>
> Did you find out yet if we can apply the crime free to the shootings on greenbrier  I believe we can because of past evection
> Please let us know.  The residents that live over there need a peace of mind
>
> Thank you
> Trustee babka

1