# EXHIBIT I

**Jaidon Nance**

| | |
|---|---|
| **From:** | Castle Ridge <castleridgebuilders@gmail.com> |
| **Sent:** | Wednesday, June 29, 2022 11:35 AM |
| **To:** | Demitrous Cook |
| **Cc:** | Regan Stockstell |
| **Subject:** | Re: [External Sender] Crime Free Housing - 4230 & 4220 Greenbrier |

Received, I will serve them notices today and start the process

On Wed, Jun 29, 2022, 11:29 AM Demitrous Cook <DCook@richtonpark.org> wrote:

> I am submitting this email in reference to two (2) residential homes within the Village of Richton that have violated the crime free housing ordinance.
>
> Attached you will find a brief listing of incidents that required police response to both 4230 Greenbrier and 4220 Greenbrier. It is my opinion that the residents of these addresses have placed the neighborhood in danger on several occasions.
>
> An example of this was on 06/24/22 at 18:04 hours, a visitor came to visit a juvenile male at 4220 Greenbrier. The male visitor was shot three (3) times by unidentified suspects and was found in the street by responding police officers in front of the neighbor's house at 4214 Greenbrier; incident # 22RP05227. A second shooting incident occurred at 4220 Greenbrier 06/27/22, when unidentified suspects fired approximately seven (7) gunshots into the residence located at 4220 Greenbrier. The occupants of 4220 Greenbrier were home at the time of this incident. These incidents have placed the neighborhood in danger and created a high level of fear. Please review the attached incident logs and if you have any questions, please feel free to contact me. Both renters at 4230 and 4220 Greenbrier are violators of the crime free ordinance and action is required.
>
>
>
> Respectfully Submitted
>
>
>
> Chief Demitrous Cook
>
> Richton Park Police Department
>
> 708-821-3520

---------- Forwarded message ----------
From: "PDCHIEFCOPIER@RICHTONPARK.LOCAL" <PDCHIEFCOPIER@richtonpark.local>
To: Demitrous Cook <DCook@richtonpark.org>
Cc:
Bcc:
Date: Wed, 29 Jun 2022 16:13:27 +0000
Subject: Attached Image

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

2